**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | ) | |
| **v.** | ) | **Case No. 26-CR-0189-SEH** |
| **MELISA SUSAN KYLE,** *Defendant.* | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO REVOKE DETENTION ORDER**

The Defendant, Melisa Susan Kyle, by and through her attorney of record, Robert S. Williams, hereby requests the Court hold a hearing as provided in 18 U.S.C. § 3145(b) for the revocation of the Order of Detention Pending Trial (ECF Docket No. 7), stating to the Court as follows:

1. Ms. Kyle was detained after a Detention Hearing pending further proceedings of the Court. (ECF Docket No. 24).

2. Ms. Kyle filed an Opposed Motion to Suppress (ECF Docket No. 47) evidence resulting from a traffic stop. Judge Hill granted the Defendant's Opposed Motion to Suppress. (ECF Docket No. 62).

3. All evidence associated with the search of Ms. Kyle vehicle has been suppressed. The evidence the Court relied upon in detaining Ms. Kyle is not admissible.

4. With the suppression of the evidence the United States has no evidence proving a necessary element of the charge against Ms. Kyle.

**WHEREFORE**, Ms. Kyle prays this Court enters an Order revoking the Order of Detention Pending Trial (ECF Docket No. 24) and ordering the Defendant's immediate release, or in the alternative, enter conditions for a supervised release pending trial.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

*s/ Robert S. Williams*
Robert S. Williams, OBA #19974
Attorney for Defendant
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103
(918) 581-7656
robert_williams@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2026, I filed a sealed copy of this document with the Clerk of Court and emailed a copy to Tyson McCoy, Assistant United States Attorney.

*s/Robert S. Williams*
Robert S. Williams